1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR14-236-RSL |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| JOHN H. CYPRIAN, | |
| Defendant. | |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release." (Dkt. # 91).

On December 15, 2014, defendant pleaded guilty to two counts of human trafficking, in violation of 18 U.S.C. § 1590. Dkt. # 34. The Court sentenced defendant to 92 months of imprisonment and three years of supervised release. Dkt. # 81. Defendant started his term of supervised release on January 31, 2020. Dkt. # 82.

The Court may "after considering the factors set forth in [18 U.S.C. § 3553(a)] . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court enjoys "discretion to consider a wide range of circumstances when determining whether to grant early termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court is pleased to learn of defendant's generally positive performance on supervised release, including his stable employment and participation in vocation training and substance use disorder treatment.  However, the Court finds that the full three-year term of supervised release is appropriate in this case.  See 18 U.S.C. §§ 3583(e)(1), 3553(a).  Accordingly, defendant's request for early termination of supervised release (Dkt. # 91) is DENIED.

IT IS SO ORDERED.

DATED this 24th day of January, 2022.

*Mht S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 2